**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FEIT ELECTRIC COMPANY, INC., | ) | |
| Plaintiff and Counterclaim-Defendant, | ) | |
| v. | ) | Case No. 13-cv-09339 |
| CFL TECHNOLOGIES LLC, | ) | Judge Sharon Johnson Coleman |
| Defendant and Counterclaim-Plaintiff. | ) | |

**DECLARATION OF JONATHAN HILL IN SUPPORT OF CFL TECHNOLOGIES LLC'S MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT**

I, Jonathan Hill, an attorney duly admitted to practice law in the State of Illinois, hereby affirm under penalty of perjury as follows:

1. I serve as counsel for CFL Technologies LLC ("CFLT") in this matter. I submit this declaration in support of CFLT's Motion for Summary Judgment of No Inequitable Conduct. I have knowledge of the following, and if called as a witness, could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and accurate copy of Feit Electric Company, Inc.'s Initial Unenforceability and Invalidity Contentions Pursuant to Local Patent Rule 2.3, dated June 18, 2018.

3. Attached hereto as Exhibit 2 is a true and accurate copy of a January 18, 2021 letter from Jonathan Hill to Kal K. Shah.

4. Attached hereto as Exhibit 3 is a true and accurate copy of a January 27, 2021 letter from Kal K. Shah to Jonathan Hill.

5. Attached hereto as Exhibit 4 is a true and accurate copy of the *Ex Parte* Reexamination Certificate for U.S. Patent No. 5,402,043, issued on February 12, 2008.

6. Attached hereto as Exhibit 5 is a true and accurate copy of a "Patent License Agreement" between Philips Electronics North America Corporation and Ole K. Nilssen, dated January 4, 1996.

7. Attached hereto as Exhibit 6 is a true and accurate copy of an "Exclusive Master License Agreement between Geo Foundation, Ltd. and Ole K. Nilssen, having an effective date of January 1, 2000.

8. Attached hereto as Exhibit 7 is a true and accurate copy of an excerpt from the prosecution history for application serial no. 08/394,251 (issued at U.S. Patent No. 6,172,464).

9. Attached hereto as Exhibit 8 is a true and accurate copy of the complaint filed in *Nilssen v. Osram Sylvania, Inc.*, No. 1:03-cv-02962 (N.D. Ill.).

10. Attached hereto as Exhibit 9 is a true and accurate copy of the complaint filed in *Nilssen v. Technical Consumer Products, Inc.*, No. 9:03-cv-80548-DTKH (M.D. Fla.).

11. Attached hereto as Exhibit 10 is a true and accurate copy of the complaint filed in *Nilssen v. Harmony Lighting, Inc.*, No. 1:05-cv-02911 (N.D. Ill.).

12. Attached hereto as Exhibit 11 is a true and accurate copy of a "License" between Technical Consumer Products, Inc. and Geo Foundation, Ltd., dated November 1, 2004.

13. Attached hereto as Exhibit 12 is a true and accurate copy of a "Sub-License" between Philips Electronics North America Corporation and Technical Consumer Products, Inc., dated March 2, 2006.

14. Attached hereto as Exhibit 13 is a true and accurate copy of a "License" between Aero-Tech Light Bulb Company, Inc. and Geo Foundation, Ltd., dated March 17, 2006.

15. Attached hereto as Exhibit 14 is a true and accurate copy of 65 Fed. Reg. 54,603 (Sept. 8, 2000).

16. Attached hereto as Exhibit 15 is a true and accurate copy of U.S. Patent No. 5,402,043, issued to Ole K. Nilssen.

17. Attached hereto as Exhibit 16 is a true and accurate copy of an excerpt of a January 30, 1990 "File Wrapper Continuation" filed in connection with application serial no. 06/782,016.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on February 24, 2021 in Cook County, Illinois.

*/s/ Jonathan Hill*

Jonathan Hill
FLACHSBART & GREENSPOON, LLC
333 N. Michigan Avenue, Suite 2700
Chicago, IL 60601
T: 312-551-9500
F: 312-551-9501
jh@fg-law.com

Dated: February 24, 2021

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 24, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a Notification of Electronic Filing ("NEF") to all counsel of record, and served Plaintiff with copies of the Exhibits Filed Under Seal at:

kshah@beneschlaw.com

calmendarez@beneschlaw.com

*/s/ Jonathan Hill*