**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FEIT ELECTRIC COMPANY, INC.,<br>Plaintiff and Counterclaim-Defendant,<br>v.<br>CFL TECHNOLOGIES LLC,<br>Defendant and Counterclaim-Plaintiff. | Case No. 13-cv-09339<br>Hon. Sharon Johnson Coleman |

**DECLARATION OF CRISTINA ALMENDAREZ IN SUPPORT OF FEIT ELECTRIC COMPANY, INC.'S OPPOSITION TO CFL TECHNOLOGIES LLC'S MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT**

I, Cristina Almendarez, an attorney duly admitted to practice law in the State of Illinois, hereby affirm under penalty of perjury as follows:

1. I serve as counsel for Feit Electric Company, Inc. ("Feit Electric") in this matter. I submit this declaration in support of Feit's Opposition to CFL Technologies LLC's Motion for Summary Judgment of No Inequitable Conduct. I have knowledge of the following, and if called as a witness, could testify competently thereto.

2. Attached hereto as Exhibit A is a true and accurate copy of U.S. Patent No. 5,757,140.

3. Attached hereto as Exhibit B is a true and accurate copy of U.S. Patent No. 6,172,464.

4. Attached hereto as Exhibit C is a true and accurate copy of Compact Fluorescent Lamp Agreement.

5. Attached hereto as Exhibit D is a true and accurate copy of Verified Statement (Declaration) Claiming Small Entity Status (excerpts).

6. Attached hereto as Exhibit E is a true and accurate copy of the May 14, 2019 Oral Argument Hearing Transcript from *CFL Technologies LLC v. Osram Sylvania, Inc., et al.*, Case No. 18-1445-RGA (D. Del.).

7. Attached hereto as Exhibit F is a true and accurate copy of the "Budget and Financial Information" webpage at the U.S. Patent and Trademark Office Budget website, available at https://www.uspto.gov/about-us/performance-and-planning/budget-and-financial-information (visited on March 25, 2021).

8. Attached hereto as Exhibit G is a true and accurate copy of U.S. Patent No. 4,677,345.

9. Attached hereto as Exhibit H is a true and accurate copy of U.S. Patent No. 5,047,690.

10. Attached hereto as Exhibit I is a true and accurate copy of U.S. Patent No. 5,341,067.

11. Attached hereto as Exhibit J is a true and accurate copy of U.S. Patent No. 5,432,409.

12. Attached hereto as Exhibit K is a true and accurate copy of U.S. Patent No. 5,416,386.

13. Attached hereto as Exhibit L is a true and accurate copy of U.S. Patent No. 4,251,752.

14. Attached hereto as Exhibit M is a true and accurate copy of U.S. Patent No. 4,207,497.

I declare under penalty of perjury under the laws of the United States that the foregoing istrue and correct, and that this declaration was executed on March 29, 2021 in Cook County, Illinois.

*/s/ Cristina Almendarez*

Cristina Almendarez
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
Facsimile: 312.767.9192
calmendarez@beneschlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*//s/ Cristina Almendarez*
*One of the attorneys for Feit Electric Company, Inc.*