## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Feit Electric Co., Inc. v CFL Technologies LLP

Case Number: 13-cv-09339

An appearance is hereby filed by the undersigned as attorney for:
Feit Electric Co., Inc.

Attorney name (type or print): Simeon G. Papacostas

Firm: Benesch, Friedlander, Coplan & Aronoff LLP

Street address: 71 S. Wacker Drive - Suite 1600

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6319954
(See item 3 in instructions)

Telephone Number: 312-624-6360

Email Address: spapacostas@beneschlaw.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
    ☐ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 28, 2021

Attorney signature: S/ Simeon G. Papacostas
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015