# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Feit Electric Company, Inc.

                      Plaintiff,

v.                                           Case No.: 1:13−cv−09339
                                           Honorable Sharon Johnson Coleman

Beacon Point Capital, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 2, 2021:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Presentment of plaintiff's motion to establish period of damages for U.S. Patent No. 6,172,464 [270] is set for 8/10/2021 at 9:15 AM as an in−person hearing in courtroom 1241. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.