UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEIT ELECTRIC COMPANY, INC., | |
| Plaintiff and Counterclaim-Defendant, | Case No. 13-cv-09339-SJC-SIS |
| v. | Judge Sharon Johnson Coleman |
| CFL TECHNOLOGIES, LLC, | Magistrate Judge Heather K. McShain |
| Defendant and Counterclaim-Plaintiff. | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

The Parties, Feit Electric Co., Inc. ("Feit Electric") and CFL Technologies LLC ("CFLT") hereby submit this Joint Motion to Amend the Court's scheduling order (D.E. 265) entered on July 1, 2021.

1. On July 1, 2021, the Court entered the parties' proposed scheduling order (D.E. 263-1), which set a schedule for the parties' exchange of contentions and initial claim construction exchanges under this Court's Local Patent Rules. *See* D.E. 265.

2. Under the current scheduling order, the deadline for CFLT to submit its Final Infringement Contentions pursuant to LPR 3.1(a)(2) and for Feit Electric to submit its Final Unenforceability and Invalidity Contentions and Document Production pursuant to LPR 3.1(b) & 3.3 is February 23, 2022. *Id.* Further, the deadline for CFLT to submit its Final Enforceability and Validity contentions pursuant to LPR 3.2 and for Feit Electric to submit its Final Non-Infringement Contentions pursuant to LPR 3.2 is March 23, 2022. *Id*. Likewise, the deadlines for the parties' Exchange of Proposed Claim Terms to Be Construed and Proposed Constructions pursuant to LPR 4.1(a) is April 6, 2022 and the deadline by which the parties are to Meet and Confer on 10 Claim Terms pursuant to LPR 4.2(a) is April 13, 2022. *Id.*

3. The parties, having met and conferred, have agreed that a modest extension of the aforementioned deadlines to serve the remaining contention exchanges and initial claim construction exchanges would be beneficial to both sides. The proposed extension will not alter or affect the current deadlines for claim construction briefing.

4. To that end, the parties jointly request the Court to amend the case schedule as follows:

| CURRENT DUE DATE | PROPOSED DUE DATE | DESCRIPTION | SOURCE | PARTY |
|---|---|---|---|---|
| 02/23/22 | 03/09/22 | Final Infringement Contentions | LPR 3.1(a)(2) | CFLT |
| 02/23/22 | 03/09/22 | Final Unenforceability and Invalidity Contentions and Document Production | LPR 3.1(b) & 3.3 | Feit Electric |
| 03/23/22 | 04/06/22 | Final Non-Infringement, Enforceability, and Validity Contentions | LPR 3.2 | All parties |
| 04/06/22 | 04/20/22 | Exchange of Proposed Claim Terms to Be Construed and Proposed Constructions | LPR 4.1(a) | All parties |
| 04/13/22 | 04/27/22 | Meet and Confer on 10 Claim Terms | LPR 4.1(b) | All parties |

Respectfully submitted February 22, 2022

/s/  *Jonathan Hill*
William W. Flachsbart
Robert P. Greenspoon
Jonathan Hill
**DUNLAP, BENNETT & LUDWIG**
333 N. Michigan Avenue, Suite 2700
Chicago, IL  60601
T:  312-551-9500
F:  312-551-9501

*Attorneys for Defendant and Counterclaim-Plaintiff CFL TECHNOLOGIES LLC*

/s/  *Simeon G. Papacostas*
Kal K. Shah
Simeon G. Papacostas
Zaiba Baig
Cristina Almendarez
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
Facsimile: 312.767.9192
kshah@beneschlaw.com
spapacostas@beneschlaw.com
zbaig@beneschlaw.com
calmendarez@beneschlaw.com
*Attorneys for Plaintiff and Counterclaim-Defendant FEIT ELECTRIC COMPANY, INC.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 22, 2022, I electronically filed the **JOINT MOTION TO AMEND SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system, which will then send a Notification of Electronic Filing ("NEF") to all counsel of record.

/s/ *Simeon G. Papacostas*

An attorney for Feit Electric Company, Inc.