# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEIT ELECTRIC COMPANY, INC., | |
| Plaintiff and Counterclaim-Defendant, | Case No. 13-cv-09339 |
| v. | Judge Sharon Johnson Coleman |
| CFL TECHNOLOGIES, LLC, | Magistrate Judge Heather K. McShain |
| Defendant and Counterclaim-Plaintiff. | |

## NOTICE FOR PRESENTMENT OF PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINES FOR SERVING FINAL LPR EXCHANGES

PLEASE TAKE NOTICE that on March 14, 2022, at 9:15 a.m., counsel for Plaintiff Feit Electric Company, Inc. shall appear before Honorable Judge Sharon Johnson Coleman in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present its Unopposed Motion for Extension of Deadlines for Serving Final LPR Exchanges, a copy of which has been filed and served on Defendant CFL Technologies, LLC on March 8, 2022.

Dated: March 8, 2022

                                                      Respectfully submitted,

                                                      /s/ *Simeon G. Papacostas*
                                                      Kal K. Shah
                                                      Simeon G. Papacostas
                                                      Zaiba Baig
                                                      Cristina Almendarez
                                                      **BENESCH, FRIEDLANDER, COPLAN**
                                                      ** & ARONOFF LLP**
                                                      71 South Wacker Drive, Suite 1600
                                                      Chicago, IL 60606
                                                      Telephone: 312.212.4949
                                                      Facsimile: 312.767.9192
                                                      kshah@beneschlaw.com

spapacostas@beneschlaw.com
zbaig@beneschlaw.com
calmendarez@beneschlaw.com

*Attorneys for Plaintiff and Counterclaim-Defendant Feit Electric Company, Inc.*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on March 8, 2022, I caused the foregoing *Notice for Presentment of Defendants' Unopposed Motion for Extension of Deadlines for Serving Final LPR Exchanges* to be electronically filed with the Clerk of the Court using its CM/ECF system, which will send notification of such filing to all registered participants.

           */s/ Simeon G. Papacostas*
           *Attorney for Defendant*
           *Feit Electric Company, Inc.*